Consented
to by
AUSA d
pretrial

UNITED STATES MAGISTRATE COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :
                                 :   ORDER MODIFYING CONDITIONS
                   v.            :      OF RELEASE
                                 :
                                 :   Mag. No. 11-6500

ANDRE KELLY

    This matter having come before the Court on the application of defendant, Andre Kelly, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by Rodney Villazor, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

    IT IS on this 31 day of AUG, 2011, HEREBY ORDERED:

    1.  That Mr. Kelly be permitted to attend a concert with his 13 year old daughter at the PNC Arts Center in Holmdel, New Jersey on September 16, 2011 from 6:30 to 11:30pm.

    2.  All other conditions of bail remain intact.

HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

consented to:

_____
Rodney Villazor, Esq.


_____
John Yauch, Esq.